ALSD Local 91 (Rev 5/18) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>John Andrew Bazor, Jr.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 22-MJ-110 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 10, 2022 in the county of Mobile in the Southern District of Alabama, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871(a) | Threats against President and successors to the Presidency |
| 18 U.S.C. § 875(c) | Interstate threatening communications |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Joseph V. Paul, Special Agent, U.S. Secret Service
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1.

Date: July 19, 2022

City and state: @ 3:35 pm

*Judge's signature*

Katherine P. Nelson, U.S. Magistrate Judge
*Printed name and title*