Case 1:22-mc-01006-MJ-*SEALED* Document 273-1 Filed 07/19/22 Page 1 of 6 #PageID
Case 1:22-cr-00138-RD Document 1-1 Filed 07/19/22 Page 1 of 6 PageID #: 2
#: 5411

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph V. Paul, being duly sworn, depose and state the following:

### Introduction and Agent Background

1. I am an investigative or law enforcement officer of the United States, empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. §§ 3056 and 871. I have been employed as a Senior Special Agent with the United States Secret Service ("USSS") for more than 22 years. In the performance of my duties as a Senior Special Agent with USSS, I have led, conducted, and participated in the protection of the President of the United States, and have conducted investigations pertaining to violation of federal laws involving threats to government officials, financial institution fraud, identity theft, and protective intelligence cases.

2. Because I submit this affidavit for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause. The information contained in this affidavit is based upon my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement officers and other individuals. All conversations and statements described in this affidavit are related in substance and in part unless otherwise indicated. All dates, times, locations, and amounts referenced in my affidavit are approximations. All proffered facts are allegations only.

3. I respectfully submits that, based on the facts set forth herein, there is probable cause to believe that on July 10, 2022, John Andrew Bazor, Jr. ("Bazor"), committed violations of 18 U.S.C. §§ 871 (Threats against President and successors to the Presidency) and 875(c) (Interstate threatening communications).

### Probable Cause

4. At 9:37 am on July 10, 2022, the White House switchboard operator, U.S. Army Sergeant Samuel Kash ("Kash"), received a call from telephone number 251-301-4025. The caller stated, "I am coming to assassinate the president; I can't wait to see your faces when I put a bullet in him." That same day, Kash notified USSS's Protective Intelligence Division, Protective Intelligence Operations Center of the incident. On July 11, 2022, USSS Special Agent James McDonald of the Protective Intelligence Division forwarded an email request for USSS's Mobile Resident Office to issue a subpoena for telephone number 251-301-4025 to obtain the subscriber information for the assigned telephone number. Upon reviewing voicemail messages left at USSS's Mobile Resident Office during the weekend of July 9, 2022, agents determined that **Bazor** made multiple calls from telephone number 251-301-4025 to USSS's Mobile Resident Office. On the voicemails, **Bazor** rambled throughout multiple calls. **Bazor** stated that he went to the Federal Bureau of Investigation's office in Mobile, Alabama, to file a complaint, and that he had called the United States Department of State and the Central Intelligence Agency. A civilian tenant of 182 St. Francis Street, Mobile, Alabama 36602, the same office building housing USSS's Mobile Resident Office, advised agents that an unidentified white male had been observed in the building's lobby on July 8, 2022, rambling about USSS having ruined his life.

5. Based on this information, USSS Special Agent William Watson ("Watson") and I attempted to contact **Bazor** via telephone but were unable to reach him. On July 17, 2022, I located a potential home address for **Bazor** in Mobile, Alabama.

2

6. At 9:00 am on July 18, 2022, Watson and I attempted to contact **Bazor** at the residence. **Bazor's** mother, Kimberly Clark ("Clark"), answered the door and advised us that **Bazor** did not live at the residence. Clark agreed to speak with us regarding her son. Clark advised that **Bazor** was currently staying in room 325 of the Home2Suites, located at 1485 Satchel Page Drive, Mobile, Alabama 36606 (the "Home2Suites"). Clark also confirmed that telephone number 251-301-4025 belonged to **Bazor**.

7. Clark advised that her son has never been officially diagnosed with a mental illness. Clark stated that she is fearful of **Bazor** and attempted on multiple occasions to have him committed. Clark advised that **Bazor** has been using methamphetamine since 2017. According to Clark, in 2017, **Bazor** was involuntary committed to Mobile Infirmary but to her knowledge, never received a diagnosis. Clark advised that **Bazor** had previously threatened to blow up Town Place Suites in Mobile, Alabama, and was taken to Providence Hospital but released soon after arriving. Clark further stated that before 2017, **Bazor** had been staying with a relative in New Mexico and was taken to a hospital for an unknown incident. According to information relayed to Clark at that time, **Bazor** was suffering from paranoid schizophrenia and bi-polar disorder. Clark was unable to provide any additional details regarding that information. Clark expressed concern after hearing the specific threat that **Bazor** made on the July 10, 2022 call to the White House. She advised agents that **Bazor** had been attempting to have her rent him a vehicle so that he could travel to Washington, D.C. for an unknown reason. Clark also advised that she sleeps with her car keys in her pillowcase, otherwise **Bazor** will take her vehicle without authorization.

8. Watson and I also interviewed **Bazor's** aunt, Julie Stein ("Stein"), who confirmed all the information provided by Clark, but added that **Bazor** is believed to have burned down his former residence.

3

9. After interviewing Clark and Stein, on July 18, 2022, Watson and I found **Bazor** at the Home2Suites. Upon knocking of the door of Room 325 of the Home2Suites, **Bazor's** sister, Jessy Clark ("J. Clark"), answered the door. **Bazor** stepped into the hallway, at which point Watson and I identified ourselves as USSS agents and asked to speak with him. **Bazor** began to ramble unintelligible sentences for several minutes. I asked **Bazor** if his telephone number was 251-301-4025, to which he responded "yes." I asked **Bazor** if he had called the White House switchboard and made a threat against the President of the United States, to which he replied, "yes." I asked **Bazor** if he wanted to carry out this threat, to which he replied, "yes." When asked why, **Bazor** said that he did not wish to harm the President, but then contradicted himself and said he did. At this point, **Bazor** became more agitated and aggressively pushed between Watson and I, moving toward the elevator. J. Clark advised that **Bazor** was just going to the parking lot to smoke a cigarette. Watson continued to observe **Bazor** while I spoke to his sister. J. Clark advised that **Bazor** needed mental health assistance and was a known narcotics user. I then advised J. Clark the nature of **Bazor's** July 10, 2022 threat, and she replied that **Bazor** had been attempting to locate a vehicle so that he could travel to Washington, D.C. I asked if **Bazor** had a tendency toward violence, and J. Clark said that he did. J. Clark advised that recently, **Bazor** had hit her former boyfriend over the head with a shower rod and had been in a few physical altercations.

10. At this point, I contacted that Bayview Crisis Response Team ("CRT") and asked that they respond to the location to assist with a mental health diagnosis. J. Clark contacted **Bazor** via telephone, and he agreed to speak with CRT and to voluntarily receive treatment. Upon CRT's arrival, however, **Bazor** refused to speak with the counselors and returned to his hotel room.

11. Based on the above-referenced facts, the nature of **Bazor's** threat, **Bazor's** attempts to obtain a vehicle to travel to Washington, D.C., and **Bazor's** tendency towards violence,

and after consulting with the United States Attorney's Office, agents decided to arrest **Bazor** on the above-referenced probable cause.

12. After the decision to arrest **Bazor** was made, I notified USSS Resident Agent in Charge Britton Gardner ("Gardner"), who responded to the location. Gardner, Watson, and I were accompanied to the room by **Bazor's** mother, Clark, who was the registered renter of room 325 at the Home2Suites. Upon arrival, the door to the room ajar. Agents called **Bazor** out of the room, but he did not exit. Agents could hear water running from inside the bathroom and **Bazor** speaking on the telephone. Agents advised **Bazor** that he was under arrest, but he refused to exit the bathroom for several minutes. Agents opened the bathroom door and observed **Bazor** in the bathtub. Despite several commands, **Bazor** refused to exit the bathtub and get dressed. Agents then removed **Bazor** from the bathtub, at which point he became compliant and agreed to get dressed. Agents observed a hypodermic needle and a clear plastic bag on the corner of the bathtub, which in my training and experience is indicative of drug use. Agents handcuffed **Bazor** and walked him outside to a USSS vehicle for transport to the office of the United States Marshals Service ("USMS"). Upon approaching the USSS vehicle, **Bazor** again became uncooperative and attempted to break free from agents. Agents requested assistance from the Mobile Police Department to respond to the scene and transport **Bazor** to the USMS office, which occurred without further incident.

13. On the afternoon of July 18, 2022, this Court held a probable-cause hearing at which I testified regarding the above-referenced facts. The Court found probable cause for **Bazor's** arrest and for further proceedings in this case.

Case 1:22-mc-01006-MJ *SEALED* Document 273-1 Filed 07/19/22 Page 6 of 6
Case 1:22-cr-00138-KD Document 1-1 Filed 07/19/22 Page 6 of 6 PageID #: 5416
PageID #: 7

## Conclusion

14. Based on the foregoing, I believe probable cause exists that **Bazor** has violated 18 U.S.C. §§ 871 and 875(c). Accordingly, I respectfully request that the Court authorize a complaint and arrest warrant for **Bazor**.

Dated July 19, 2022.

Joseph V. Paul
Senior Special Agent
U.S. Secret Service

THE ABOVE AGENT HAS ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(B) THIS 19th
DAY OF JULY 2022.

KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE

6