

JDR

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED IN OPEN COURT
JUL 27 2022
CHARLES R. DIARD, JR
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 22-00138-KD |
| | * | USAO NO. 22R00352 |
| v. | * | MAG NO. 22-MJ-110 |
| | * | |
| JOHN ANDREW BAZOR, JR. | * | VIOLATIONS: 18 USC § 871(a) |
| | * | 18 USC § 875(c) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Threats Against President and Successors to the Presidency
### Title 18, United States Code, Section 871(a)

On or about July 10, 2022, in the Southern District of Alabama, Southern Division, the defendant,

**JOHN ANDREW BAZOR, JR.,**

knowingly and willfully made a threat to take the life of, and to inflict bodily harm upon, the President of the United States. Specifically, the defendant called the White House switchboard and stated, "I am coming to assassinate the president; I can't wait to see your faces when I put a bullet in him."

In violation of Title 18, United States Code, Section 871(a).

## COUNT TWO
### Interstate Threatening Communications
### Title 18, United States Code, Section 875(c)

On or about July 10, 2022, in the Southern District of Alabama, Southern Division, the defendant,

**JOHN ANDREW BAZOR, JR.,**

knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another. Specifically, the defendant called the White House switchboard and stated, "I am coming to assassinate the president; I can't wait to see your faces when I put a bullet in him."

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

JUSTIN D. ROLLER
Assistant U.S. Attorney

*for SPC*
SEAN P. COSTELLO
Chief, Criminal Division                    JULY 2022

2