(15)

# PENALTY PAGE

| | |
|---|---|
| **CASE STYLE:** | UNITED STATES v. JOHN ANDREW BAZOR, JR. |
| **DEFENDANT:** | JOHN ANDREW BAZOR, JR. (ALL COUNTS) |
| **USAO NUMBER:** | 22R00352 |
| **AUSA:** | Justin D. Roller |
| **CODE VIOLATIONS:** | |
| **COUNT 1:** | 18 USC § 871(a), Threats Against President and Successors to the Presidency |
| **COUNT 2:** | 18 USC § 875(c), Interstate Threatening Communications |
| **PENALTIES:** | |
| **COUNTS 1–2:** | 5 yrs/$250,000/3 yrs SRT/$100 SA |