# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **vs.** | ) |
| | )   CRIMINAL NO. 22-00138-KD |
| **JOHN ANDREW BAZOR, JR.** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On this date, a sentencing hearing was held before the undersigned. The defendant John Andrew Bazor, Jr. was sentenced to TIME SERVED and he is hereby released from federal custody. Defendant is to report to the Probation Office as directed by his Probation Officer.

**DONE and ORDERED** this 18th day of January 2024.

                                                s/ Kristi K. DuBose
                                                KRISTI K. DuBOSE
                                                UNITED STATES DISTRICT JUDGE